1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | No.   15-cv-1536- LJO-EPG |
| 12        Plaintiff, | |
| 13     v. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** |
| 14  APPROXIMATLEY $25,390.00 in U.S. CURRENCY; APRROXIMATELY | |
| 15  $8,000.00 in U.S. Currency, | |
| 16        Defendants. | **(Docs. 10 and 12)** |

17

18          In this *in rem* forfeiture action, the United States of America ("the government") filed an

19   Ex Parte Motion for Default Judgment and for a Final Order of Forfeiture. (Doc. 10).   On March

20   15, 2016, the Magistrate Judge issued Findings and Recommendations recommending that: 1) the

21   government's Motion for Default Judgment against the interests of Alex Barbour and Gabriel

22   Atler be granted; 2) the Clerk of the Court enter final judgment of forfeiture pursuant to 21 U.S.C.

23   § 881 (a)(6), forfeiting all right, title, and interest in the defendant currency to the United States to

24   be disposed of according to law, and 3) the United States file a proposed final judgment

25   consistent with the Findings and Recommendations within ten (10) days of service of an order

26   adopting the Findings and Recommendations.

27

28          The Findings and Recommendations were served on all parties appearing in the action and

1

contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order.  (Doc. 12).  More than fifteen days have passed and no objections have been filed.

In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations issued on March 15, 2016, are ADOPTED IN FULL (Doc. 12);

2.      The government's Motion for Default Judgment against the interests of Alex Barbour and Gabriel Atler is granted;

3.      The Clerk of the Court shall enter a final judgment of forfeiture pursuant to 21 U.S.C. § 881(a)(6), forfeiting all right, title, and interest in the defendant currency to the United States to be disposed of according to law; and

4.      Within ten (10) days of the service of this order, the United States shall submit a proposed final judgment of forfeiture consistent with the findings and recommendations and order adopting them.

IT IS SO ORDERED.

Dated:   __**April 1, 2016**__                              __/s/ Lawrence J. O'Neill__
                                                                        UNITED STATES DISTRICT JUDGE

2